UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                  Case Number 04-36053 GMB

Debtor: David M. & Virginia D. Rouse

| Check Number | Creditor | Amount |
|---|---|---|
| 1676566 | First Horizon Home Loans | 1836.30 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  December 14, 2009